No. 1074, Misc. TALLEY ET AL. v. CALIFORNIA. Super. Ct. Cal., County of Los Angeles. Certiorari denied. *Herbert E. Selwyn* for petitioners. *Roger Arnebergh, Philip E. Grey* and *Michael T. Sauer* for respondent.

No. 1107, Misc. STEVENS v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied. *Herbert B. Newberg* and *Anthony G. Amsterdam* for petitioner.

No. 1108, Misc. McMILLEN v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *F. Lee Bailey* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1122, Misc. HOFFMAN ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Lynn S. Castner* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1126, Misc. HERRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1132, Misc. HALL v. WARDEN, NEVADA STATE PRISON. Sup. Ct. Nev. Certiorari denied.

No. 1134, Misc. CATANZARO v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1140, Misc. JEFFERSON v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.